# STUART C. COX

**STANDING CHAPTER 13 TRUSTEE IN THE
UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **PAYMENT ADDRESS:** | **OFFICE:** |
| P.O. BOX 210 | 1760 N. LEE TREVINO DRIVE |
| MEMPHIS, TN 38101-0210 | OFFICE: (915) 598-6769 |
| | FAX: (915) 598-9002 |

April 8, 2011

TO:    STEPHEN PATRICK TULLIUS
        7840 PECAN COURT
        EL PASO, TX 79915

        CASE NO. 11-30382-HCM

### NOTICE OF RESET 341(a) MEETING OF CREDITORS

You are hereby notified that the 341(a) meeting of creditors in the above styled and numbered cause has been reset to Thu Apr 21, 2011 at 10:00 AM.  The 341(a) meeting of creditors will be held at 8201 Lockheed Suite #135, El Paso, Texas.

Your cooperation is appreciated.

Cordially,

_____
/s/ Stuart C. Cox
Standing Chapter 13 Trustee

cc:    MATT WATSON
        1123 E. RIO GRANDE
        EL PASO, TX 79902-0000