IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 11-30382-HCM |
| **Stephen Patrick Tullius** | § | Chapter 13 |
| dba | § | |
| **Premium Blue Ribbon Homes, LLC** | § | |
| dba | § | |
| **Blue Ribbon Homes** | § | |
| dba | § | |
| **Eleven-Seventeen, LLC** | § | |
| dba | § | |
| **BR Products & Services, LLC** | § | |
| dba | § | |
| **Business Mastery Group, LLC** | § | |
| *Debtor(s).* | § | |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

To the Honorable H. Christopher Mott, United States Bankruptcy Judge:

STUART C. COX, Standing Chapter 13 Trustee (hereinafter "Trustee"), objects to Confirmation of the debtor's proposed Chapter 13 Plan and alleges as follows:

I.

Trustee is unable to perform an accurate liquidation analysis in the absence of the proper disclosure and valuation of debtor's stocks and interest in various business entities listed on Schedule B. 11 U.S.C. § 1325(a)(4).

**Relief Sought**

Trustee prays for an Order Denying Confirmation of the proposed Chapter 13 Plan without prejudice to amend within twenty (20) days of hearing, or in the alternative, that the instant case be dismissed, and that the Court grant the Chapter 13 Trustee such other, additional and further relief to which he may be justly entitled.

Respectfully submitted,

/s/Stuart C. Cox
Standing Chapter 13 Trustee
SBN: 00794992

        1760 N. Lee Trevino Drive
        El Paso, TX 79936
        (915) 598-6769 telephone
        (915) 598-9002 facsimile

        <u>/s/Lucille Zavala</u>
        Senior Staff Attorney for Stuart C. Cox
        SBN: 22251370

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN* was served upon the parties listed below by United States Mail, first class, postage prepaid on April 29, 2011.

U.S. Trustee's Office
P.O. Box 1539
San Antonio, TX 78295-1539

Stephen Patrick Tullius
7840 Pecan Court
El Paso, TX 79915

W. Matt Watson
Watson & Maynez, P.C.
1123 E. Rio Grande
El Paso, TX 79902

Linebarger Goggan Blair & Sampson, LLP
c/o Don Stecker
711 Navarro, Suite 300
San Antonio, TX 78205

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

THE LAW OFFICES OF MICHAEL R. NEVAREZ
 A Professional Corporation
P.O. Box 920786
El Paso, Texas 79902

        <u>/s/Stuart C. Cox</u>

        <u>/s/Lucille Zavala</u>