IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STEPHEN PATRICK TULLIUS | § | Case No. 11-30382-HCM |
| 7840 PECAN COURT | § | Chapter 13 |
| EL PASO, TX 79915 | § | |
| | § | |
| | § | |
| Debtor(s). | § | |

## NOTICE OF RESCHEDULED CONFIRMATION HEARING

The hearing for confirmation in this case was originally scheduled for May 11, 2011. The hearing has been rescheduled to:

June 15, 2011 at 09:00 AM

In Courtroom #1, 8515 Lockheed, El Paso, Texas 79925.

Respectfully Submitted,

/s/Stuart C. Cox
Standing Chapter 13 Trustee
SBN:00794992
1760 N. Lee Trevino Drive
El Paso, Texas 79936
(915) 598-6769 telephone
(915) 598-9002 facsimile

/s/Lucille Zavala
Senior Staff Attorney for Stuart C. Cox
SBN:22251370
1760 N. Lee Trevino Drive
El Paso, Texas 79936
(915) 598-6769 telephone
(915) 598-9002 facsimile

## CERTIFICATE OF SERVICE

I hereby verify that a true and correct copy of foregoing NOTICE OF RESCHEDULED CONFIRMATION HEARING was electronically filed in the above referenced case number on May 13, 2011. Service to the parties listed on the Court's matrix, will be sent by the Bankruptcy Noticing Center (BNC).

/s/Stuart C. Cox

/s/Lucille Zavala