UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-30382-HCM |
| | § | |
| STEPHEN PATRICK TULLIUS | § | CHAPTER 13 |
| | § | |
| | § | DEPOSIT OF SMALL / |
| DEBTOR(S) | § | UNCLAIMED DIVIDENDS |

The undersigned Trustee reports:

_____ Small Dividends

The dividend(s) payable to the debtor(s) listed below hereto is (are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__X__ Unclaimed Dividends

More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed below hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee remits herewith his/her check(s) in the total amount shown below for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, et seq).

| Name and Address | Claim No. | Amount |
|---|---|---|
| LA TIERRA INTERIORS, INC. %MICHAEL R. NEVAREZ, ATTY P.O. BOX 12247 EL PASO, TX 79913-0247 | 004 | $.31 |

Date: July 25, 2016

/s/Stuart C. Cox
Standing Chapter 13 Trustee
SBN: 00794992
1760 N. Lee Trevino Drive
El Paso, TX 79936
(915) 598-6769 telephone
(915) 598-9002 facsimile